**Order entered November 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00651-CV**

**IN RE THE COMMITMENT OF JOHN THOMAS ANDERSON**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CV1570001**

**ORDER**

This is an out-of-time appeal from the trial court's June 7, 2016 judgment determining appellant to be a sexually violent predator and civilly committing him for treatment. However, neither the clerk's record nor the supplemental clerk's record that have been filed in the appeal contain a signed copy of the trial court's order granting the out-of-time appeal. That order is the June 7, 2022 "amended trial court's findings of fact and conclusions of law & order on applicant's application for writ of habeas corpus" in cause number WX21-92094-L(A). Accordingly, we **ORDER** Dallas County District Clerk Felicia Pitre to file, no

later than November 23, 2022, a supplemental clerk's record containing a copy of the June 7th order.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/    BONNIE LEE GOLDSTEIN
JUSTICE